JULY 1830.

Harris et al
v.
Carter's Administrators et al.

[a] Newland on Con. 506.

</div>

---

## GREEN v. FOLEY.

The writ of error named the defendant individually, the record below describes him as administrator; there being but one case, held, that the variance was not fatal.

THIS was a writ of error from Pike Circuit Court. Foley, "as administrator of John Green," sued Warren Green in debt, and recovered. Green sued out his writ of error, and the writ of error did not describe Foley in his representative character, but describes him individually merely.

THORINGTON, for the appellee, moved to dismiss the writ of error, because the record filed does not correspond with it; insisting that there is no such case as the writ of

JULY 1830.
~~~~~~
Green
v.
Foley.

erro̅r describes, the transcript produced, being an action between the parties, not individually, but wherein Foley was plaintiff in his representative character.

GOLDTHWAITE, for the appellant, produced an affidavit, shewing that there was but one action between the parties in the Court below, and that the case referred to in the writ of error, was the same one of which the transcript was produced and filed.

By LIPSCOMB, CHIEF JUSTICE. We are of opinion under the circumstances of this case, that the failure of the Clerk to describe Foley, the plaintiff below, as administrator, is not such a variance as will be fatal. We therefore overrule the motion to dismiss, and the cause must be heard on the errors assigned.

<div align="right">Motion discharged.</div>